IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv39

| | |
|---|---|
| JOSEPHINE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss Plaintiff's Petition for Mandamus as Moot. Having considered defendant's motion and reviewed the pleadings, and it appearing that counsel for plaintiff concurs in the motion inasmuch as plaintiff has received the requested relief from the Commissioner, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Plaintiff's Petition for Mandamus as Moot (#9) is **GRANTED,** and this action is **DISMISSED**.

Signed: May 29, 2012

Max O. Cogburn Jr.
United States District Judge